UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA CARPENTER,

    Plaintiff,                                      Case Number 15-10780

v.                                               Honorable David M. Lawson

MONROE FINANCIAL RECOVERY
GROUP, LLC, GOODMAN FROST,
PLLC, and TIMOTHY J. FROST,

    Defendants.
_____/

## ORDER OF DISMISSAL

On September 8, 2015, the Court held a status conference with counsel for the parties. During the conference, the parties reached a final settlement of all claims in the matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before October 27, 2015**.

                                                        s/David M. Lawson
                                                        DAVID M. LAWSON
                                                        United States District Judge

Dated: September 9, 2015

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 9, 2015.

                                      s/Susan Pinkowski
                                      SUSAN PINKOWSKI